# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See below for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME:     Mike & Corazon Cruz          CASE NO: 13-13293

   FOR:    X    DEBTOR

           X    JOINT DEBTOR

              CREDITOR

              ATTORNEY   (**Please include Bar ID Number**)

              PLAINTIFF

              DEFENDANT

NEW ADDRESS:

      NAME:      Mike & Corazon Cruz

      ADDRESS:   2828 32nd Ave S

                     Seattle, WA 98144

      PHONE

      EMAIL ADDRESS (attorney only: _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Mike Cruz_____     Date: 12/16/2015


/s/ Corazon Cruz_____     Date  12/16/2015

CHANGE OF ADDRESS
(rev. 4/1/05)